FEBRUARY 5, 1985

No. A–603.   WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. v. SONGER.   Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE REHNQUIST, and by him referred to the Court, denied.   JUSTICE REHNQUIST dissents.   THE CHIEF JUSTICE,

JUSTICE POWELL, and JUSTICE O'CONNOR took no part in the consideration or decision of this application.